# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
Mark A. Mazurek                           §        Case No. 13-30293
Jennifer Mazurek                          §
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
      .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Bank service fees
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]                      $

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was           and the deadline for filing governmental claims was       . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $      .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $     , for a total compensation of $    [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $   [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joji Takada, Chapter 7 Trustee_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 13-30293 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|

| Case Name: | Mark A. Mazurek | | Date Filed (f) or Converted (c): | 07/30/2013 (f) |
|---|---|---|---|---|
| | Jennifer Mazurek | | 341(a) Meeting Date: | 08/26/2013 |
| For Period Ending: | 12/26/2014 | | Claims Bar Date: | 12/04/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Residence/10626 Bridle Path Court, Naperville, Il. | 400,000.00 | 31,518.00 | | 0.00 | FA |
| 2. | Rental/720 West Jefferson, Naperville, Il. | 290,000.00 | 17,890.00 | | 26,520.00 | FA |
| 3. | Rental/868 Geneva Drive, Geneva, Il. | 151,000.00 | 9,826.00 | | 0.00 | FA |
| 4. | Cash On Hand | 20.00 | 20.00 | | 0.00 | FA |
| 5. | Checking W/Pnc #2877 | 81.00 | 81.00 | | 0.00 | FA |
| 6. | Checking W/Chase | 284.00 | 284.00 | | 0.00 | FA |
| 7. | Misc. Household Goods & Furnshings | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8. | Misc. Pictures | 100.00 | 100.00 | | 0.00 | FA |
| 9. | Misc. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 10. | Misc. Jewelry | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11. | Term Life Insurance W/Genworth | 0.00 | 0.00 | | 0.00 | FA |
| 12. | Bubba Ventures Corp. 100% Owner (Business Is Closed And Had | 0.00 | 0.00 | | 0.00 | FA |
| 13. | 2008 Toyota Sienna | 10,261.00 | 0.00 | | 0.00 | FA |
| 14. | 2006 Volvo S60 (87,000 Miles) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15. | 1999 Dodge Ram 1500 | 750.00 | 750.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $860,596.00    $68,569.00    $26,520.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in rental property; Trustee determined equity existed for the benefit of creditors; Debtor disputed Trustee's value; Trustee and Debtor have agreed in principal to Debtor's buying estate's interest in the rental property.

Initial Projected Date of Final Report (TFR): 07/30/2014    Current Projected Date of Final Report (TFR): 07/30/2014

Case 13-30293    Doc 38    Filed 01/15/15    Entered 01/15/15 11:13:57    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-30293 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Mark A. Mazurek | Bank Name: The Bank of New York Mellon | |
| Jennifer Mazurek | Account Number/CD#: XXXXXX8183 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1141 | Blanket Bond (per case limit): | |
| For Period Ending: 12/26/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/14 | 2 | Mark Mazurek | Settlement payment Installment payment re compromise of Naperville rental property | 1110-000 | $8,832.00 | | $8,832.00 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,822.00 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.69 | $8,809.31 |
| 07/22/14 | 2 | First American Title | Proceeds from sale Settlement payment re sale of Naperville real estate | 1110-000 | $17,688.00 | | $26,497.31 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.88 | $26,477.43 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.36 | $26,438.07 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,520.00 | $81.93 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,520.00 | $81.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,520.00 | $81.93 |

Page Subtotals:    $26,520.00    $81.93

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8183 - Checking | $26,520.00 | $81.93 | $26,438.07 |
| | $26,520.00 | $81.93 | $26,438.07 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,520.00 |
| Total Gross Receipts: | $26,520.00 |

Page Subtotals:                    $0.00            $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-30293

Debtor Name: Mark A. Mazurek

Claims Bar Date: 12/4/2013

Date: December 26, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $3,402.00 | $3,402.00 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $9.39 | $9.39 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $9,278.00 | $12,293.28 | $12,293.28 |
| 2 300 7100 | Video Products Distributors, Inc. Dba Vpd Iv Inc Attn Bill Womeldorf Credit Manager 150 Parkshore Drive Folsom, Ca 95630 | Unsecured | | $10,163.00 | $10,104.63 | $10,104.63 |
| 3 300 7100 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $30,570.00 | $31,201.37 | $31,201.37 |
| 4 300 7100 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $8,747.00 | $9,042.72 | $9,042.72 |
| 5 300 7100 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $2,479.00 | $2,627.75 | $2,627.75 |
| 6 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $5,294.00 | $5,580.90 | $5,580.90 |
| | Case Totals | | | $66,531.00 | $74,262.04 | $74,262.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1

Printed: December 26, 2014

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-30293
Case Name: Mark A. Mazurek
            Jennifer Mazurek
Trustee Name: Joji Takada, Chapter 7 Trustee

         Balance on hand                                      $

      Claims of secured creditors will be paid as follows:

NONE

      Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses      $_____

        Remaining Balance                                 $_____

      Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | Video Products Distributors, Inc. | $ | $ | $ |
| 3 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 4 | Fsb American Express Bank | $ | $ | $ |
| 5 | Fsb American Express Bank | $ | $ | $ |
| 6 | Ecast Settlement Corporation, Assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE