**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: § | Case No. 13-30293 |
| Mark A. Mazurek § | Chapter 7 |
| Jennifer Mazurek § | |
| Debtor(s) § | |
| § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

Date: 2/20/2015
Time: 9:00 a.m.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 1/20/2015    By: */s/ Joji Takada*
                                   Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Mark A. Mazurek                     §    Case No. 13-30293
Jennifer Mazurek                    §
                                    §
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 26,520.00 |
| and approved disbursements of | $ 81.93 |
| leaving a balance on hand of[1] | $ 26,438.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,402.00 | $ 0.00 | $ 3,402.00 |
| Trustee Expenses: Joji Takada | $ 9.39 | $ 0.00 | $ 9.39 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,411.39 |
| Remaining Balance | | | $ 23,026.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,850.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 12,293.28 | $ 0.00 | $ 3,995.35 |
| 2 | Video Products Distributors, Inc. | $ 10,104.63 | $ 0.00 | $ 3,284.04 |
| 3 | N. A. Capital One Bank (Usa) | $ 31,201.37 | $ 0.00 | $ 10,140.54 |
| 4 | Fsb American Express Bank | $ 9,042.72 | $ 0.00 | $ 2,938.91 |
| 5 | Fsb American Express Bank | $ 2,627.75 | $ 0.00 | $ 854.03 |
| 6 | Ecast Settlement Corporation, Assignee | $ 5,580.90 | $ 0.00 | $ 1,813.81 |

Total to be paid to timely general unsecured creditors   $ 23,026.68

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 13-30293-BWB
Mark A. Mazurek                                               Chapter 7
Jennifer Mazurek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte           Page 1 of 2            Date Rcvd: Jan 21, 2015
                             Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2015.
db/jdb         +Mark A. Mazurek,    Jennifer Mazurek,    10626 Bridle Path Court,    Naperville, IL 60564-5310
20789804        ADT Security Service,    PO Box 371967,    Pittsburgh, PA 15250-7967
20789805       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
21120949        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20789807       +Astoria Federal Savings,    PO Box 2557,    Omaha, NE 68103-2557
20789811        BP Chase,    PO Box 15153,    Wilmington, DE 19886-5153
20789810       +Bank of America Visa,    PO Box 851001,    Dallas, TX 75285-1001
21054142        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20789812       +Capital One Master Card,    PO Box 6492,    Carol Stream, IL 60197-6492
20789813        Chase,    PO Box 9001020,    Louisville, KY 40290-1020
20789814       +Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
20789816       +Cintas Fire Protection,    1080 Corporate Blvd.,    Aurora, IL 60502-4703
20789817        Citi Visa,    Processing Center,    Des Moines, IA 50363-0001
20789818       +Disover,    PO Box 6103,    Carol Stream, IL 60197-6103
20789820       +Greco Reggi Development,    1550 Hecht Drive,    Bartlett, IL 60103-1697
20789821        Greentree Mortgage,    PO Box 94710,    Palatine, IL 60094-4710
20789822       +Guidant Financial,    1120 112th Avenue NE,    Ste 410,    Bellevue, WA 98004-4505
20789823       +Howard R. McEwan,    1401 21st Street,    Ste 400,    Sacramento, CA 95811-5221
20789825       +Nicor,    PO Box 5407,    Carol Stream, IL 60197-5407
20789826       +Play N Trade,    1330 Calle Avanzado,    2nd Floor,    San Clemente, CA 92673-6351
20789827       +SKO Brenner American Inc.,    PO Box 9320,    Baldwin, NY 11510-9320
20789828        Toyota Financial Service,    PO Box 5855,    Carol Stream, IL 60197-5855
20789830       +Video Products Distributors, Inc.,    DBA VPD IV Inc,    Attn Bill Womeldorf Credit Manager,
                 150 Parkshore Drive,    Folsom, CA 95630-4710
20789831        Wells Fargo,    PO Box 659568,    San Antonio, TX 78265-9568
20789832       +Zwicker & Assoc.,    PO Box 9013,    Andover, MA 01810-0913
21158642        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20789809       +E-mail/Text: g17768@att.com Jan 22 2015 02:29:18     AT&T,    PO Box 5080,
                 Carol Stream, IL 60197-5080
20982912        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 22 2015 02:35:45      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20789819       +E-mail/Text: asbloom@fascollections.com Jan 22 2015 02:31:25
                 Financial Adjustment Service, Inc.,    13400 South RT 59,    Ste 116-210,
                 Plainfield, IL 60585-5826
20789829       +E-mail/Text: bnc@ursi.com Jan 22 2015 02:29:23     United Recovery Systems,
                 5800 N. Course Dr.,    Houston, TX 77072-1613
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21412891        Astoria Federal Savings and Loan Association
20789824        Ingram Entertainment Inc.
20789806*      +American Express,    Box 0001,    Los Angeles, CA 90096-8000
21131307*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20789808*      +Astoria Federal Savings,    PO Box 2557,    Omaha, NE 68103-2557
20789815*      +Chase Visa,    POB 15153,    Wilmington, DE 19886-5153
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Jan 21, 2015
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2015 at the address(es) listed below:

        Bradley S Covey    on behalf of Debtor Mark A. Mazurek bradley.covey@gmail.com, susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com

        Bradley S Covey    on behalf of Joint Debtor Jennifer  Mazurek bradley.covey@gmail.com, susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com

        Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com, jtakada@ecf.epiqsystems.com

        Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com

        Keith  Levy    on behalf of Creditor    Astoria Federal Savings and Loan Association anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6