UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Mark A. Mazurek § Case No. 13-30293
Jennifer Mazurek §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee       , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Astoria Federal Savings PO Box 2557 Omaha, NE 68104-2557 |  |  |  |  |  |
|  | Chase PO Box 9001020 Louisville, KY 40290-1020 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greentree Mortgage PO Box 94710 Palatine, IL 60094-4710 | | | | | |
| | Toyota Financial Service PO Box 5855 Carol Stream, IL 60197-5855 | | | | | |
| | Wells Fargo PO Box 659568 San Antonio, TX 78265-9568 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Service PO Box 371967 Pittsburgh, PA 15250-7967 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Astoria Federal Savings PO Box 2557 Omaha, NE 68104-2557 | | | | | |
| | AT&T PO Box 5080 Carol Stream, IL 60197 | | | | | |
| | Bank of America Visa PO Box 851001 Dallas, TX 75285 | | | | | |
| | BP Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Capital One Master Card PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase Visa PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Visa POB 15153 Wilmington, DE 19886 | | | | | |
| | Cintas Fire Protection 1080 Corporate Blvd. Aurora, IL 60502 | | | | | |
| | Citi Visa Processing Center Des Moines, IA 50363-0001 | | | | | |
| | Disover PO Box 6103 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greco Reggi Development 1550 Hecht Drive Bartlett, IL 60103 | | | | | |
| | Guidant Financial 1120 112th Avenue NE Ste 410 Bellevue, WA 98004 | | | | | |
| | Ingram Entertainment Inc. | | | | | |
| | Nicor PO Box 5407 Carol Stream, IL 60197 | | | | | |
| | Play N Trade 1330 Calle Avanzado 2nd Floor San Clemente, CA 92673 | | | | | |
| | Video Products Distributors, Inc. 150 Parkshore Drive Folsom, CA 95630 | | | | | |
| | Zwicker & Assoc. PO Box 9013 Andover, MA 01810 | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 6 | Ecast Settlement Corporation, Assignee | | | | | |
| 4 | Fsb American Express Bank | | | | | |
| 5 | Fsb American Express Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| 2 | Video Products Distributors, Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 13-30293 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Mark A. Mazurek | | | | Date Filed (f) or Converted (c): | 07/30/2013 (f) |
| | Jennifer Mazurek | | | | 341(a) Meeting Date: | 08/26/2013 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 12/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence/10626 Bridle Path Court, Naperville, Il. | 400,000.00 | 31,518.00 | | 0.00 | FA |
| 2. Rental/720 West Jefferson, Naperville, Il. | 290,000.00 | 17,890.00 | | 26,520.00 | FA |
| 3. Rental/868 Geneva Drive, Geneva, Il. | 151,000.00 | 9,826.00 | | 0.00 | FA |
| 4. Cash On Hand | 20.00 | 20.00 | | 0.00 | FA |
| 5. Checking W/Pnc #2877 | 81.00 | 81.00 | | 0.00 | FA |
| 6. Checking W/Chase | 284.00 | 284.00 | | 0.00 | FA |
| 7. Misc. Household Goods & Furnshings | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8. Misc. Pictures | 100.00 | 100.00 | | 0.00 | FA |
| 9. Misc. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 10. Misc. Jewelry | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11. Term Life Insurance W/Genworth | 0.00 | 0.00 | | 0.00 | FA |
| 12. Bubba Ventures Corp. 100% Owner (Business Is Closed And Had | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Toyota Sienna | 10,261.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Volvo S60 (87,000 Miles) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15. 1999 Dodge Ram 1500 | 750.00 | 750.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $860,596.00 $68,569.00 $26,520.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Debtor disclosed an interest in rental property; Trustee determined equity existed for the benefit of creditors; Debtor disputed Trustee's value; Trustee and Debtor have agreed in principal to Debtor's buying estate's interest in the rental property.

Settlement payments made; TFR prepared/filed. - Joji Takada 11/30/2014

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/30/2014         Current Projected Date of Final Report (TFR): 07/30/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-30293 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Mark A. Mazurek | Bank Name: Associated Bank | |
| Jennifer Mazurek | Account Number/CD#: XXXXXX9900 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1141 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8183 | Transfer of Funds | 9999-000 | $26,438.07 | | $26,438.07 |
| 02/24/15 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,402.00 | $23,036.07 |
| 02/24/15 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $9.39 | $23,026.68 |
| 02/24/15 | 1003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $3,995.35 | $19,031.33 |
| 02/24/15 | 1004 | Video Products Distributors, Inc.<br>Dba Vpd Iv Inc<br>Attn Bill Womeldorf Credit Manager<br>150 Parkshore Drive<br>Folsom, Ca 95630 | Final distribution per court order. | 7100-000 | | $3,284.04 | $15,747.29 |
| 02/24/15 | 1005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $10,140.54 | $5,606.75 |
| 02/24/15 | 1006 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,938.91 | $2,667.84 |
| 02/24/15 | 1007 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $854.03 | $1,813.81 |
| 02/24/15 | 1008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $1,813.81 | $0.00 |
| | | | COLUMN TOTALS | | $26,438.07 | $26,438.07 | |
| | | | Page Subtotals: | | $26,438.07 | $26,438.07 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $26,438.07 | $0.00 |
| Subtotal | $0.00 | $26,438.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $26,438.07 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-30293 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Mark A. Mazurek | Bank Name: | The Bank of New York Mellon |
| | Jennifer Mazurek | Account Number/CD#: | XXXXXX8183 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1141 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/14 | 2 | Mark Mazurek | Settlement payment Installment payment re compromise of Naperville rental property | 1110-000 | $8,832.00 | | $8,832.00 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,822.00 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.69 | $8,809.31 |
| 07/22/14 | 2 | First American Title | Proceeds from sale Settlement payment re sale of Naperville real estate | 1110-000 | $17,688.00 | | $26,497.31 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.88 | $26,477.43 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.36 | $26,438.07 |
| 01/26/15 | | Transfer to Acct # xxxxxx9900 | Transfer of Funds | 9999-000 | | $26,438.07 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $26,520.00 | $26,520.00 |
| Less: Bank Transfers/CD's | $0.00 | $26,438.07 |
| Subtotal | $26,520.00 | $81.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,520.00 | $81.93 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $26,520.00 | $26,520.00 |

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8183 - Checking | $26,520.00 | $81.93 | $0.00 |
| XXXXXX9900 - Checking | $0.00 | $26,438.07 | $0.00 |
|  | $26,520.00 | $26,520.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,520.00 |
| Total Gross Receipts: | $26,520.00 |

Page Subtotals:         $0.00         $0.00